IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTHONY TOMAS GONZALES,

      **Plaintiff,**

vs.            No. CV 24-578 SCY

LELAND DUDEK,
ACTING COMMISSIONER OF SOCIAL SECURITY,

      **Defendant.**

## ORDER

Upon consideration of the Stipulated Motion for Award of Attorney Fees Under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, the Court hereby awards Plaintiff $5,972.40 in attorney fees under the EAJA.

IT IS SO ORDERED that the Stipulated Motion for Award of Attorney Fees Under the Equal Access to Justice Act (Dkt. No. 21) is hereby GRANTED. Plaintiff is awarded attorney fees in the amount of $5,972.40 as the prevailing party herein. If Plaintiff's counsel is subsequently awarded any fees pursuant to 42 U.S.C. §406(b), she must refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

.

_____
HONORABLE STEVEN C. YARBROUGH
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted 4/18/2025*
AMBER L. DENGLER
Attorney for Plaintiff

*Electronically approved 4/18/2025*
MARGARET SOBOTA
Special Assistant United States Attorney